UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**SUNBELT RENTALS, INC.**               **CASE NO. 3:21-CV-00981**

**VERSUS**                               **JUDGE TERRY A. DOUGHTY**

**BJ MOORE TRUCKING, LLC**               **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for sanctions [Doc. No. 14] is **DENIED**.

THUS DONE in Chambers on this 7th day of June 2022.

_____
Terry A. Doughty
United States District Judge